# KML LAW GROUP, P.C.

| | ATTORNEYS AT LAW | |
|---|---|---|
| MICHAEL T. MCKEEVER* | | JILL P. JENKINS* |
| LISA A. LEE* | | ALYK L. OFLAZIAN* |
| KRISTINA G. MURTHA* | | COLLEEN M. HIRST* |
| THOMAS I. PULEO | SUITE 5000 | PAUL W. LUONGO* |
| DAVID B. FEIN* | BNY MELLON INDEPENDENCE CENTER | CAITLIN M. DONNELLY* |
| BRIAN C. NICHOLAS* | 701 MARKET STREET | VICTORIA W. CHEN* |
| JAIME R. ACKERMAN* | PHILADELPHIA, PENNSYLVANIA 19106-1532 | MATTHEW K. FISSEL* |
| LAUREN BERSCHLER KARL* | (215) 627-1322 | MICHAEL J. CLARK* |
| *PA & NJ BAR | (866) 413-2311 | NICHOLAS J. ZABALA* |
| | FAX (215) 627-7734 | REBECCA A. SOLARZ* |
| | | NORA C. VIGGIANO* |
| | WWW.KMLLAWGROUP.COM | DENISE CARLON |
| | | CHRISTOPHER FORD |
| | | JAMES WARMBRODT |
| | | MATTEO WEINER* |

May 4, 2017

Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania

RE:   UNITED STATES OF AMERICA vs. EMMITT J. PIEDRA
       Philadelphia County – Docket #17-01425

Dear Judge Kearney:

Pursuant to your request, the status of the above-mentioned case, is such that the summons and filed complaint were sent to this office on or about March 29, 2017. Per Fed.R.Civ.P. 4(d), we sent a waiver of service to the Defendant on April 3, 2017 and have allowed the party 30 days to return the waiver. The waiver has not yet been returned. Therefore, a private process server is attempting service at the Defendant's last known address.

Your Honor's consideration in this matter is greatly appreciated.

Respectfully yours,

KML LAW GROUP, P.C.

Rebecca A. Solarz, Esq.

cc:
   EMMITT J. PIEDRA,