IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 17-1425 |
| | : | |
| EMMITT J. PIEDRA | : | |

### ORDER

**AND NOW**, this 5th day of June 2017, upon consideration of the United States' Motion for Service by Posting Property and Certified Mail (ECF Doc. No. 3) with supporting Affidavit and finding the Defendant cannot, upon limited evidence of diligent inquiry, be found so as to be personally served with the Summons and Complaint, it is **ORDERED** the United States' Motion (ECF Doc. No. 3) is **GRANTED** and it may serve the Summons and Complaint in Enforced Collections on the Defendant by Plaintiff or its agent on or before **July 31, 2017** by: 1) performing a fulsome docket search on the PACER and the Commonwealth's Unified Judicial System Web Portal and serving Defendant by certified mail at any confirmed address; 2) posting a copy of the Summons and Complaint on the property at the Defendant's last known address; and, 3) by regular and certified mail to the Defendant's last known address. Service shall be completed upon posting or upon mailing, whichever occurs later.

KEARNEY, J.