# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.

Plaintiff (Petitioner)

V.

EMMITT J. PIEDRA, ET AL,

Defendant (Respondent)

CASE and/or DOCKET No.: 17-01425

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: ORDER, SUMMONS & COMPLAINT

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party , and that I served EMMITT J. PIEDRA the above process on the 7 day of June, 2017, at 11:30 o'clock, A.M, at 3106 NORTH BROAD STREET PHILADELPHIA, PA 19132 , County of Philadelphia, Commonwealth of Pennsylvania:

Manner of Service:

☑    By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_ )

County of _Berks_ ) SS:
                     )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number:USA-158075

Case ID #:4906760

Subscribed and sworn to before me
this _9_ day of _June_, 20 _17_.

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public

NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

PCO-BA

## USPS Manifest Mailing System

Page    1

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123<br><br>Sequence Number<br>6464-1 | MAC Ver. Number<br>ConnectShip Progistics 6.5<br><br>Class of Mail<br>Mixed |
|---|---|---|

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703808750527<br>9171999991703808750527 | PIEDRA, EMMITT J.<br>3106 North Broad Street<br>Philadelphia, PA 19132 | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| 9171999991703808750534<br>9171999991703808750534 | ████████████ | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| 9171999991703808750541<br>9171999991703808750541 | ████████████ | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| 9171999991703808750824<br>9171999991703808750824 | PIEDRA, EMMITT J.<br>2550 N. Patton Street<br>Philadelphia, PA 19132 | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| 9171999991703808750831<br>9171999991703808750831 | PIEDRA, EMMITT J. - property vacant<br>2027 Orthodox St 1 Fr<br>Philadelphia, PA 19124 | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| 9171999991703808750848<br>9171999991703808750848 | ████████████ | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| 9171999991703808750855<br>9171999991703808750855 | ████████████ | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| 9171999991703808750862<br>9171999991703808750862 | ████████████ | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| 9171999991703808750879<br>9171999991703808750879 | ████████████ | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Page Totals | 9 | | 18.72 | 43.65 | | | 62.37 |
| Cumulative Totals | 9 | | 18.72 | 43.65 | | | 62.37 |

## USPS Manifest Mailing System

Page   2

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | | |
| | Sequence Number<br>6464-1 | | | | Class of Mail<br>Mixed | | | |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703808750886<br>9171999991703808750886 | | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |

| | | Postage | ES Fee | | Total Charge |
|---|---|---|---|---|---|
| Page Totals | 1 | 2.08 | 4.85 | | 6.93 |
| Cumulative Totals | 10 | 20.80 | 48.50 | | 69.30 |

### USPS CERTIFICATION

Total Number Of Pieces Received_____

_____

Signature of Receiving Employee

Round Stamp_____

PS Form 3877 (Facsimile)

Extra Service Codes:

C        Certified
ERR    Return Receipt



Name and Address of Sender
**KML LAW GROUP, P.C.**
**SUITE 5000**
**701 MARKET STREET**
**PHILADELPHIA, PA**
**19106-1532**

Check type of mail or service;

- [ ] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured

- [ ] Recorded Delivery (International)
- [ ] Registered
- [ ] Return Receipt for Merchandise
- [ ] Signature Confirmation

Affix Stamp Here
(If issued as a certificate of mailing, or for additional copies of this bill)
Postmark and Date of Receipt

U.S. POSTAGE ≫ PITNEY BOWES

$ 001.46

ZIP 19106
02 1W
0001391829   JUN 07 2017

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value If Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | |
| 2. | TO  EMMITT PIEDRA PIEDRA, EMMITT J. – property vacant 2027 Orthodox St 1 Fr Philadelphia, PA 19124–3438 | | | | | | | | | | | |
| 3. | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | TO  EMMITT PIEDRA PIEDRA, EMMITT J. 2650 N. Patton Street Philadelphia, PA 19132–2922 | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | TO  EMMITT PIEDRA PIEDRA, EMMITT J. 3106 North Broad Street Philadelphia, PA 19132 | | | | | | | | | | | |

Postmaster, Per (Name of receiving employee)

See Privacy Act Statement on Reverse

Total Number of Pieces Listed by Sender / Total Number of Pieces Received at Post Office: 3

Complete by Typewriter, Ink, or Ball Point Pen

PS Form **3877**, February 2002 (Page 1 of 2)

USA-158075   Philadelphia County        Sale Date:

EMMITT J. PIEDRA

PCO - Brithni Augustin

# Appellate Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

## Select a Docket Sheet Search Type from the dropdown (default search type is by Docket Number)

Search Type: [ Court Name ▼ ]

## Enter the desired search criteria and click Search (available search criteria changes based upon the type selected above)

|   |   |
|---|---|
| * Court Name: | [ Superior ▼ ] |
|   | and any combination of |
| District: | [ ▼ ] |
| Docket Type: | [ ▼ ] |
| Case Category: | [ ▼ ] |
| Case Type: | [ ▼ ] |
| Agency: | [ ▼ ] |
| Organization Name: | [ ] |
| Party Last Name: | [ piedra ] |
| Party First Name: | [ emmitt ] |
| Attorney Last Name: | [ ] |
| Attorney First Name: | [ ] |
| Trial Court County: | [ ▼ ] |
| Trial Court Judge: | [ ▼ ] |
| Case Status: | [ ▼ ] |
| Date Filed: | __/__/____ 🗓 through __/__/____ 🗓 |

No Records Found

# Appellate Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

## Select a Docket Sheet Search Type from the dropdown (default search type is by Docket Number)

Search Type: [ Court Name ▼ ]

## Enter the desired search criteria and click Search (available search criteria changes based upon the type selected above)

| | |
|---|---|
| * Court Name: | [ Commonwealth ▼ ] |
| | and any combination of |
| District: | [ ▼ ] |
| Docket Type: | [ ▼ ] |
| Case Category: | [ ▼ ] |
| Case Type: | [ ▼ ] |
| Agency: | [ ▼ ] |
| Organization Name: | [ ] |
| Party Last Name: | piedra |
| Party First Name: | emmitt |
| Attorney Last Name: | [ ] |
| Attorney First Name: | [ ] |
| Trial Court County: | [ ▼ ] |
| Trial Court Judge: | [ ▼ ] |
| Case Status: | [ ▼ ] |
| Date Filed: | __/__/____ 🗓 through __/__/____ 🗓 |

No Records Found

# Appellate Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

## Select a Docket Sheet Search Type from the dropdown (default search type is by Docket Number)

Search Type: [ Court Name ▼ ]

## Enter the desired search criteria and click Search (available search criteria changes based upon the type selected above)

| | |
|---:|:---|
| * Court Name: | [ Supreme ▼ ] |
| | and any combination of |
| District: | [ ▼ ] |
| Docket Type: | [ ▼ ] |
| Case Category: | [ ▼ ] |
| Case Type: | [ ▼ ] |
| Agency: | [ ▼ ] |
| Organization Name: | [ ] |
| Party Last Name: | [ piedra ] |
| Party First Name: | [ emmitt ] |
| Attorney Last Name: | [ ] |
| Attorney First Name: | [ ] |
| Trial Court County: | [ ▼ ] |
| Trial Court Judge: | [ ▼ ] |
| Case Status: | [ ▼ ] |
| Date Filed: | __/__/____ 🗓 through __/__/____ 🗓 |

No Records Found

# Magisterial District Courts Docket Sheets

On April 1, 2012, AOPC implemented a new protocol in its Magisterial District Judge System to ensure that when the official paper case records of an individual case have been or should have been destroyed in accordance with the Record Retention and Disposition Schedule with Guidelines ("Schedule") promulgated pursuant to Pa.R.J.A. No. 507 that the public web docket sheet for the case will no longer be accessible. These actions are consistent with the Schedule's purpose to implement record disposition consistently throughout the UJS. Therefore, destruction of the official record pursuant to the Schedule will also result in the electronic case record information regarding the record no longer being accessible to the public.

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

MDJ docket sheets are available for specific docket types (see Participant Name search type). If you want to search by docket number, you will first need to fill out the county and court boxes. If you do not have that information, you cannot search by docket number.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

## Select a MDJ Docket Search Type from the dropdown *(default search type is by Docket Number)*

\* Search Type: | Participant Name ▼ |

## Enter the desired search criteria and click Search *(available search criteria changes based upon the type selected above)*

\* Last Name: | PIEDRA |
(Exact Last Name)

\* First Name: | EMMITT |
(Example: James or Ja)(Exact Using 1 Letter)

Date of Birth: | ███████ | 🗓



and any combination of

County: | ▼ |

Court Office: | ▼ |

Docket Type: | Civil ▼ |

Case Status: | ▼ |

Date Filed: | __/__/____ | 🗓 through | __/__/____ | 🗓

[ No Records Found ]

## Common Pleas Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note:

When a search of cases from Philadelphia County is conducted using "other criteria", the search results will include all applicable Philadelphia Municipal Court (MC) and Court of Common Pleas (CP) cases. In Philadelphia County, MC has initial jurisdiction in processing every criminal arrest in Philadelphia and conducts misdemeanor trials and preliminary hearings for all felony cases. Therefore, some cases, such as those involving felony offenses, will initially be filed in MC but will be adjudicated in the CP. Thus, some cases will have both a MC and CP docket number that concern the same incident or offenses.

To determine if a MC case has a related CP case (or vice versa), please review the "cross court docket number" field appearing on the web docket sheet (see page one in the case information section). Specifically, if a MC case has a corresponding CP case, the CP case docket number will most often be set forth as the "cross court docket number" on the web docket sheet for the MC. Similarly, if a CP case has a corresponding MC case, the MC case docket number will most often be set forth as the "cross court docket number" on the CP case web docket sheet.

Click here to view information concerning the 'number' and 'oldest year' of cases migrated from county legacy systems to CPCMS. While not all cases were migrated, this chart will provide a general guideline as to the age of a criminal case available from the Court of Common Pleas Web Docket Sheet.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

### Select a CP/MC Docket Search Type from the dropdown *(default search type is by Docket Number)*

Search Type: | Participant Name ▼ |

### Enter the desired search criteria and click Search *(available search criteria changes based upon the type selected above)*



| | | |
|---|---|---|
| * Last Name: | PIEDRA | |
| * First Name: | emmitt | |
| Date of Birth: | ████ 📅 | |
| | and any combination of | |
| County: | ▼ | |
| Docket Type: | Criminal ▼ | |
| Case Category: | ▼ | |
| Case Status: | ▼ | |
| Date Filed: | __/__/____ through __/__/____ 📅 | |

| | Docket Number | Short Caption | Filing Date | County | Party | Case Status | OTN | LOTN | Police Incident/Complaint Number | Date of Birth |
|---|---|---|---|---|---|---|---|---|---|---|
| 📄 | CP-51-CR-0922731-1989 | Comm. v. Piedra, Emmitt | 9/22/1989 12:00:00 AM | Philadelphia | Piedra, Emmitt | Closed | M4108381 | | | ████ |
| 📄 | MC-51-CR-0901781-1989 | Comm. v. Piedra, Emmitt | 9/5/1989 12:00:00 AM | Philadelphia | Piedra, Emmitt | Closed | M4108381 | | 8939056661 | ████ |
| 📄 | MC-51-CR-0901791-1989 | Comm. v. Piedra, Emmitt | 9/5/1989 12:00:00 AM | Philadelphia | Piedra, Emmitt | Closed | M4108381 | | 8939056661 | ████ |
| 📄 | MC-51-CR-0641841-1980 | Comm. v. Piedra, Emmitt | 7/4/1980 12:00:00 AM | Philadelphia | Piedra, Emmitt | Closed | | | 8039038450 | ████ |

NO ADDRESS ON DOCKET

# Magisterial District Courts Docket Sheets

On April 1, 2012, AOPC implemented a new protocol in its Magisterial District Judge System to ensure that when the official paper case records of an individual case have been or should have been destroyed in accordance with the Record Retention and Disposition Schedule with Guidelines ("Schedule") promulgated pursuant to Pa.R.J.A. No. 507 that the public web docket sheet for the case will no longer be accessible. These actions are consistent with the Schedule's purpose to implement record disposition consistently throughout the UJS. Therefore, destruction of the official record pursuant to the Schedule will also result in the electronic case record information regarding the record no longer being accessible to the public.

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

MDJ docket sheets are available for specific docket types (see Participant Name search type). If you want to search by docket number, you will first need to fill out the county and court boxes. If you do not have that information, you cannot search by docket number.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

### Select a MDJ Docket Search Type from the dropdown *(default search type is by Docket Number)*

           * Search Type: | Participant Name ▼ |

### Enter the desired search criteria and click Search *(available search criteria changes based upon the type selected above)*

| | |
|---|---|
| * Last Name: | PIEDRA |
| | (Exact Last Name) |
| * First Name: | EMMITT |
| | (Example: James or Ja)(Exact Using 1 Letter) |
| Date of Birth: | ▓▓▓▓ 📅 |
| | ▓▓▓ ny combination of |
| County: | ▼ |
| Court Office: | ▼ |
| Docket Type: | Landlord/Tenant ▼ |
| Case Status: | ▼ |
| Date Filed: | __/__/____ 📅 through __/__/____ 📅 |



No Records Found

## Common Pleas Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note:

    When a search of cases from Philadelphia County is conducted using "other criteria", the search results will include all applicable Philadelphia Municipal Court (MC) and Court of Common Pleas (CP) cases. In Philadelphia County, MC has initial jurisdiction in processing every criminal arrest in Philadelphia and conducts misdemeanor trials and preliminary hearings for all felony cases. Therefore, some cases, such as those involving felony offenses, will initially be filed in MC but will be adjudicated in the CP. Thus, some cases will have both a MC and CP docket number that concern the same incident or offenses.

    To determine if a MC case has a related CP case (or vice versa), please review the "cross court docket number" field appearing on the web docket sheet (see page one in the case information section). Specifically, if a MC case has a corresponding CP case, the CP case docket number will most often be set forth as the "cross court docket number" on the web docket sheet for the MC. Similarly, if a CP case has a corresponding MC case, the MC case docket number will most often be set forth as the "cross court docket number" on the CP case web docket sheet.

Click here to view information concerning the 'number' and 'oldest year' of cases migrated from county legacy systems to CPCMS. While not all cases were migrated, this chart will provide a general guideline as to the age of a criminal case available from the Court of Common Pleas Web Docket Sheet.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

### Select a CP/MC Docket Search Type from the dropdown *(default search type is by Docket Number)*

Search Type: | Participant Name ▼

### Enter the desired search criteria and click Search *(available search criteria changes based upon the type selected above)*



    \* Last Name: PIEDRA
    \* First Name: emmitt
    Date of Birth: ▉ 📅
    ▉ any combination of
    County:
    Docket Type: Miscellaneous ▼
    Case Category:
    Case Status:
    Date Filed: __/__/____ 📅 through __/__/____ 📅

No Cases Found

# Magisterial District Courts Docket Sheets

On April 1, 2012, AOPC implemented a new protocol in its Magisterial District Judge System to ensure that when the official paper case records of an individual case have been or should have been destroyed in accordance with the Record Retention and Disposition Schedule with Guidelines ("Schedule") promulgated pursuant to Pa.R.J.A. No. 507 that the public web docket sheet for the case will no longer be accessible. These actions are consistent with the Schedule's purpose to implement record disposition consistently throughout the UJS. Therefore, destruction of the official record pursuant to the Schedule will also result in the electronic case record information regarding the record no longer being accessible to the public.

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

MDJ docket sheets are available for specific docket types (see Participant Name search type). If you want to search by docket number, you will first need to fill out the county and court boxes. If you do not have that information, you cannot search by docket number.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

## Select a MDJ Docket Search Type from the dropdown *(default search type is by Docket Number)*

                   \* Search Type: | Participant Name ▼ |

## Enter the desired search criteria and click Search *(available search criteria changes based upon the type selected above)*



|  |  |
|---|---|
| \* Last Name: | PIEDRA |
|  | (Exact Last Name) |
| \* First Name: | EMMITT |
|  | (Example: James or Ja)(Exact Using 1 Letter) |
| Date of Birth: | ▮▮▮▮▮▮ 🔲 |
|  | and any combination of |
| County: | ▼ |
| Court Office: | ▼ |
| Docket Type: | Non-Traffic ▼ |
| Case Status: | ▼ |
| Date Filed: | __/__/____ 🔲 through __/__/____ 🔲 |

No Records Found

All Court Types Party Search
Tue Jun 6 13:52:37 2017
5 records found

User:    ja0060
Client:
Search:  All Court Types Party Search Name piedra, emmitt All Courts Page: 1

---

Civil Results

| Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 1 PIEDRA, EMMITT J. (unrep) | paedce | 2:2017-cv-01425 | 152 | 03/29/2017 | |
| 2 PIEDRA, EMMITT J. (dft) | paedce | 2:2017-cv-01425 | 152 | 03/29/2017 | |
| 3 PIEDRA, EMMITT J. (dft) | paedce | 2:2016-cv-06315 | 152 | 12/05/2016 | 03/15/2017 |
| 4 PIEDRA, EMMITT (dft) | paedce | 2:2016-cv-06315 | 152 | 12/05/2016 | 03/15/2017 |
| 5 PIEDRA, EMMITT (dft) | paedce | 2:2017-cv-01425 | 152 | 03/29/2017 | |

Receipt 06/06/2017 13:52:38 108383695
User  ja0060
Client
Description  All Court Types Party Search
Name piedra, emmitt All Courts Page: 1
Pages  1 ($0.10)

ALL CASES ARE PLAINTIFF'S PREVIOUS OR CURRENT CASES

# Common Pleas Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note:

When a search of cases from Philadelphia County is conducted using "other criteria", the search results will include all applicable Philadelphia Municipal Court (MC) and Court of Common Pleas (CP) cases. In Philadelphia County, MC has initial jurisdiction in processing every criminal arrest in Philadelphia and conducts misdemeanor trials and preliminary hearings for all felony cases. Therefore, some cases, such as those involving felony offenses, will initially be filed in MC but will be adjudicated in the CP. Thus, some cases will have both a MC and CP docket number that concern the same incident or offenses.

To determine if a MC case has a related CP case (or vice versa), please review the "cross court docket number" field appearing on the web docket sheet (see page one in the case information section). Specifically, if a MC case has a corresponding CP case, the CP case docket number will most often be set forth as the "cross court docket number" on the web docket sheet for the MC. Similarly, if a CP case has a corresponding MC case, the MC case docket number will most often be set forth as the "cross court docket number" on the CP case web docket sheet.

Click here to view information concerning the 'number' and 'oldest year' of cases migrated from county legacy systems to CPCMS. While not all cases were migrated, this chart will provide a general guideline as to the age of a criminal case available from the Court of Common Pleas Web Docket Sheet.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

## Select a CP/MC Docket Search Type from the dropdown *(default search type is by Docket Number)*

Search Type: | Participant Name ▼

## Enter the desired search criteria and click Search *(available search criteria changes based upon the type selected above)*



* Last Name: PIEDRA
* First Name: emmitt
Date of Birth: ██████ 📅

and any combination of

County: ▼
Docket Type: Summary Appeal ▼
Case Category: ▼
Case Status: ▼
Date Filed: __/__/____ 📅 through __/__/____ 📅

No Cases Found

# Magisterial District Courts Docket Sheets

On April 1, 2012, AOPC implemented a new protocol in its Magisterial District Judge System to ensure that when the official paper case records of an individual case have been or should have been destroyed in accordance with the Record Retention and Disposition Schedule with Guidelines ("Schedule") promulgated pursuant to Pa.R.J.A. No. 507 that the public web docket sheet for the case will no longer be accessible. These actions are consistent with the Schedule's purpose to implement record disposition consistently throughout the UJS. Therefore, destruction of the official record pursuant to the Schedule will also result in the electronic case record information regarding the record no longer being accessible to the public.

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

MDJ docket sheets are available for specific docket types (see Participant Name search type). If you want to search by docket number, you will first need to fill out the county and court boxes. If you do not have that information, you cannot search by docket number.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

### Select a MDJ Docket Search Type from the dropdown *(default search type is by Docket Number)*

\* Search Type: `Participant Name ▼`

### Enter the desired search criteria and click Search *(available search criteria changes based upon the type selected above)*

\* Last Name: `PIEDRA`
(Exact Last Name)

\* First Name: `EMMITT`
(Example: James or Ja)(Exact Using 1 Letter)

Date of Birth: ▉▉▉▉ 📅

and any combination of

County: ` ▼`

Court Office: ` ▼`

Docket Type: `Traffic ▼`

Case Status: ` ▼`

Date Filed: `__/__/____` 📅 through `__/__/____` 📅



`No Records Found`

# Magisterial District Courts Docket Sheets

On April 1, 2012, AOPC implemented a new protocol in its Magisterial District Judge System to ensure that when the official paper case records of an individual case have been or should have been destroyed in accordance with the Record Retention and Disposition Schedule with Guidelines ("Schedule") promulgated pursuant to Pa.R.J.A. No. 507 that the public web docket sheet for the case will no longer be accessible. These actions are consistent with the Schedule's purpose to implement record disposition consistently throughout the UJS. Therefore, destruction of the official record pursuant to the Schedule will also result in the electronic case record information regarding the record no longer being accessible to the public.

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

MDJ docket sheets are available for specific docket types (see Participant Name search type). If you want to search by docket number, you will first need to fill out the county and court boxes. If you do not have that information, you cannot search by docket number.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

### Select a MDJ Docket Search Type from the dropdown *(default search type is by Docket Number)*

     \* Search Type: | Participant Name ▼ |

### Enter the desired search criteria and click Search *(available search criteria changes based upon the type selected above)*

\* Last Name: PIEDRA
(Exact Last Name)

\* First Name: EMMITT
(Example: James or Ja)(Exact Using 1 Letter)

Date of Birth: ████ 📅

████ ny combination of

County: ▼

Court Office: ▼

Docket Type: Criminal ▼

Case Status: ▼

Date Filed: __/__/____ 📅 through __/__/____ 📅

No Records Found