IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 17-1425 |
| | : | |
| EMMITT J. PIEDRA | : | |

### ORDER

**AND NOW**, this 26th day of October 2017, upon considering Plaintiff's Motion to discontinue and end (ECF Doc. No. 10), it is **ORDERED**:

1. Plaintiff's Motion to discontinue and end (ECF Doc. No. 10) is **GRANTED**;

2. The July 11, 2017 Judgment (ECF Doc. No. 9) is **VACATED**; and,

3. The Clerk of Court shall mark this matter **CLOSED.**

_____
KEARNEY, J.